# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>PATTERSON, ROBERTA E. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. (if more than one, state all): XXX-XX-8228 | Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>15923 S. LOWE<br>HARVEY, IL. 60426 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same as above | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

*Chapter 13 W/Plan*

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| [X] Individual(s)     [ ] Railroad | [ ] Chapter 7      [ ] Chapter 11      [X] Chapter 13 |
| [ ] Corporation       [ ] Stockbroker | [ ] Chapter 9      [ ] Chapter 12 |
| [ ] Partnership       [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other             [ ] Clearing Bank | |
| **Nature of Debts** (Check one box) | |
| [X] Consumer/Non-Business     [ ] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors    [X] 1-15    [ ] 16-49    [ ] 50-99    [ ] 100-199    [ ] 200-999

**Estimated Assets**
[X] $0 to $50,000    [ ] $50,001 to $100,000    [ ] 100,001 to $500,000    [ ] $500,001

**Estimated Debts**
[X] $0 to $50,000    [ ] $50,001 to $100,000    [ ] 100,001 to $500,000    [ ] $500,001

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/09/2004
Time: 14:01:21
Debtor: ROBERTA E PATTERSON
Case: 04-00963      Fee : 194
Chapter: 13   Rec. # : 3055374
Judge: Jacqueline Cox
341 mtg: 02/12/2004 @ 12:30PM
ConfHrg: 03/01/2004 @ 10:30AM
Trustee: TOM VAUGHN
```

1:04BK00963-BK001

(Official Form 1) (12/02)

FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): ROBERTA E PATTERSON |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: JULIUS PATTERSON | Case Number: 00 B 24381 | Date Filed: 8/21/00 |
|---|---|---|
| District: NORTH ILL | Relationship: SPOUSE | Judge: SQUIRES |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Roberta E Patterson*
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
Date 1/9/04

X *[signature]*
Signature of Attorney
Signature of Attorney for Debtor(s) #
DANIEL MOULTON  #6200617
Printed Name of Attorney for Debtor(s)
LAW OFFICES OF DANIEL MOULTON
Firm Name
10249 S Western
Address Chicago IL 60643
773-429-1001
Telephone Number
Date 1/9/04

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

In re **ROBERTA E. PATTERSON** Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 95 CH 7836 Washington Mutual c/o Shapiro & Kreisman 4201 Lake Cook Road Northbrook, IL 60062 | | | Home Mortgage 15923 S. Lowe Harvey, IL 60426 VALUE $ | | | | $45,000.00 | |
| ACCOUNT NO. 95 CH 7836 Washington Mutual c/o Shapiro & Kreisman 4201 Lake Cook Road Northbrook, IL 60062 | | | Home Mortgage 15923 S. Lowe Harvey, IL 60426 VALUE $ | | | | $15,000.00 ARREARS | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| | | | Subtotal (Total of this page) | | | | $60,000.00 | |
| ____ continuation sheets attached | | | Total (Use only on last page) | | | | $60,000.00 | |

(Report total also on Summary of Schedules)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### Declaration Under Penalty of Perjury By Individual Debtor

I, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of (total shown on summary page plus 1) ____1____ sheets and that it is true and correct to the best of my information and belief.

Date __1/9/09__.

Signature _____
Debtor

Signature _____
Debtor