```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 00963
    ROBERTA E PATTERSON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8228

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/09/2004 and was confirmed 04/12/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was paid in full 12/10/2007.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                PAID             PAID
--------------------------------------------------------------------------------
   WELLS FARGO BANK NA     CURRENT MORTG          .00              .00              .00
   WELLS FARGO BANK NA     MORTGAGE ARRE     34624.84              .00         34624.84
   WELLS FARGO BANK        UNSEC W/INTER      1953.67           291.37          1953.67
   SEARS ROEBUCK & CO      UNSEC W/INTER NOT FILED                .00              .00
   NUVELL CREDIT CO LLC    SECURED                .00              .00              .00
   WASHINGTON MUTUAL       CURRENT MORTG          .00              .00              .00
   ORCHARD BANK            UNSEC W/INTER NOT FILED                .00              .00
   DANIEL M MOULTON        DEBTOR ATTY       1,200.00                          1,200.00
   TOM VAUGHN              TRUSTEE                                              2,190.36
   DEBTOR REFUND           REFUND                                                  11.76

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE              40,272.00

   PRIORITY                                          .00
   SECURED                                      34,624.84
   UNSECURED                                     1,953.67
       INTEREST                                    291.37
   ADMINISTRATIVE                                1,200.00
   TRUSTEE COMPENSATION                          2,190.36
   DEBTOR REFUND                                    11.76
                       ---------------       ---------------
   TOTALS               40,272.00               40,272.00




              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 00963 ROBERTA E PATTERSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE